UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allen A. Charles,

                Plaintiff,

-against-

Metro-North Commuter Railroad,

                Defendant.

1:18-cv-03408 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference on Tuesday April 28, 2020 at 10:00 a.m. (*See* ECF No. 57.) The telephone conference shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

This Order supersedes the calling instructions provided previously.

**SO ORDERED.**

DATED:    New York, New York
              March 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge