```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allen A. Charles,

              Plaintiff,

-against-

Metro-North Commuter Railroad,

              Defendant.

1:18-cv-03408 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties today, and for the reasons stated on the record, IT IS HEREBY ORDERED, that:

1. Based upon the notification by Defendant's counsel that Jesse Andrew Raye has retired from the practice of law, his appearance in this matter is terminated;

2. The parties shall file a joint status letter no later than Wednesday, June 3, 2020; and

3. The parties shall appear for a telephone conference on Monday, June 8, 2020 at 10:00 a.m. The Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              April 28, 2020

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge