UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Allen A. Charles,

                  Plaintiff,

-against-

Metro-North Commuter Railroad,

                  Defendant.

1:18-cv-03408 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties on June 8, 2020, it is hereby Ordered as follows:

1. No later than Friday, September 4, 2020, the parties shall file a joint letter regarding the status of this action.

2. The parties shall appear for a Telephone Conference on Wednesday, September 9, 2020 at 10:00 a.m. The Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               June 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge