```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allen A. Charles,

                Plaintiff,

-against-

Metro-North Commuter Railroad,

                Defendant.

1:18-cv-03408 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties on September 17, 2020, it is hereby Ordered as follows:

1. No later than Friday, October 2, 2020, Defendant shall file a letter stating whether the parties would like to be referred for purposes of settlement negotiations to the Court's Mediation Panel or to a Magistrate Judge of this Court, or if the parties intend to pursue private mediation instead.

2. The parties shall appear for a Telephone Conference on Thursday, October 15, 2020 at 2:00 p.m. The parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
            September 17, 2020

                                      */s/ Stewart D. Aaron*
                                      STEWART D. AARON
                                      United States Magistrate Judge