UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021

Allen A. Charles,

                Plaintiff,

-against-

Metro-North Commuter Railroad,

                Defendant.

1:18-cv-03408 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

      At a telephone conference held in this action on October 15, 2020, the parties advised the Court of their availability for trial during the weeks of April 26, 2021 and May 3, 2021, and the Court notified the parties that it would request a jury trial for those weeks. The Clerk's Office has now notified the Court that this case has been placed on the jury trial list for April 27, 2021. The case is third on the list for jury trials for that day. This means that the case will not proceed on April 27, 2021 if either of the other two trials scheduled for that date go forward.

      No later than Tuesday, March 9, 2021, the parties shall file a joint letter advising the Court of the availability of the parties and witnesses for a trial commencing on April 27, 2021. The parties shall also advise the Court of three weeks during the months of July, August and September 2021 when they and their witnesses are available for trial.

If the parties and witnesses are available for a trial commencing on April 27, 2021, then the parties shall submit a Joint Pretrial Order pursuant to paragraph 4.B of the Court's Individual Practices and the pretrial filings due pursuant to paragraph 4.C of the Court's Individual Practices no later than April 20, 2021, unless extended by the Court for good cause shown by the parties. As soon as the Court confirms whether the matter will proceed on April 27, 2021, it will inform the parties.

**SO ORDERED.**

DATED:    New York, New York
          March 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge